UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2016 AUG 19 A 11: 25
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH CARAMADRE, ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> MIDLAND NATIONAL LIFE ) <br> INSURANCE COMPANY, ) <br> Garnishee. ) | Case No.: <br> **CA 16- 466** <br> Related Case No. 1:11CR00186-01S |

## APPLICATION FOR WRIT OF GARNISHMENT

In accordance with 28 U.S.C. § 3205(b)(1), the United States of America hereby makes application to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant, Joseph Caramadre, Social Security Number ***-**-4803, whose last known address is: Federal Medical Center (FMC) Devens, 42 Patton Road, P.O. Box 879, Ayer, Massachusetts 01432. Said Judgment, in the amount of $46,330,277.61, was entered in the United States District Court for the District of Rhode Island on December 16, 2013, as a joint and several restitution obligation between the Defendant and his co-defendant, Raymour Radhakrishnan. The judgment was amended on February 25, 2014. A copy of the Judgment is attached as Exhibit A

As of August 18, 2016 the sum of $4,865.69, after crediting payments from other sources, total balance due is $46,324,671.92.

Demand was made upon the Defendant not less than 30 days prior to the filing of this application, and the Defendant has failed to satisfy the debt.

The Garnishee is believed to be an employer of the Defendant, or owes, or will owe, money or property to the Defendant, or is in possession of property of the Defendant, and said property is a substantial non-exempt interest of the Defendant.

The name and address of the Garnishee or its authorized agent is:

> Midland National Life Insurance Company
> One Sammons Plaza
> Sioux Falls, SD  57193

> Respectfully submitted,
>
> UNITED STATES OF AMERICA,
> By its Attorneys,
>
> PETER F. NERONHA
> United States Attorney
>
> _____
> MARY ROGERS
> Assistant U.S. Attorney
> 50 Kennedy Plaza, 8th Floor
> Providence, Rhode Island 02903
> (401) 709-5000
> (401) 709-5017 (Fax)
> Email:  mary.rogers@usdoj.gov

TO:   Midland National Life Insurance Company
      One Sammons Plaza
      Sioux Falls, SD  57193