UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH CARAMADRE, )<br>    Defendant, )<br>)<br>and )<br>)<br>MIDLAND NATIONAL LIFE )<br>INSURANCE COMPANY, )<br>    Garnishee. ) | CA 16-466<br>Case No.:<br><br>Related Case No. 1:11CR00186-01S |

2016 AUG 19 A 11: 25
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WRIT OF GARNISHMENT

TO:   Midland National Life Insurance Company
       One Sammons Plaza
       Sioux Falls, SD 57193

An application for a Writ of Garnishment against the property of the Defendant, Joseph Caramadre, has been filed with this Court. A Judgment has been entered against the Defendant, whose last known address is FMC Devens, 42 Patton Road, P.O. Box 879, Ayer, Massachusetts 01432, in the amount of $46,330,277.61. As of August 18, 2016, the Defendant is indebted to the United States in the sum of $46,324,671.92 as a result of the Judgment.

You are required by law to answer in writing, under oath, within ten (10) days whether you have in your custody, control, or possession any compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise and including periodic payments pursuant to a pension or retirement program, and/or other non-exempt disposable earnings to be disbursed to or on behalf of the Defendant, as well as whether you anticipate paying the Defendant any future payments and whether such payments are weekly, bi-

weekly, or any other specific period.

Within ten (10) days of your receipt of this Writ, you must file the original written Answer with the Clerk of the United States District Court for the District of Rhode Island at the United States Courthouse, One Exchange Terrace, Providence, Rhode Island 02903. Additionally, you are required by law to serve a copy of the Answer upon the Defendant at Register #08549-070, FMC Devens, 42 Patton Road, P.O. Box 879, Ayer, Massachusetts 01432 and upon the United States Attorney for the District of Rhode Island, Attention: Mary Rogers, Assistant United States Attorney, at 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

You are also required by law to withhold and retain any property in which the Defendant has a substantial non-exempt interest for which you are, or may become, indebted to the Defendant pending further order of the Court.

If you fail to serve the Answer and/or to withhold property in accordance with this Writ, the government may petition the Court for an order requiring you to appear before the Court. Once ordered to appear, the Court may enter a Judgment against you for the value of the Defendant's non-exempt property, if you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ. The Court may also award to the government reasonable attorney's fees.

It is unlawful to pay or deliver to the Defendant any amount or item attached by this Writ.

DAVID A. DiMARZIO

CLERK, UNITED STATES DISTRICT COURT

by *[signature]*
DEPUTY CLERK