UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2016 AUG 19 A 11: 25
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br><br>v.<br><br>JOSEPH CARAMADRE,<br>  Defendant,<br><br>and<br><br>MIDLAND NATIONAL LIFE<br>INSURANCE COMPANY,<br>  Garnishee. | Case No.: CA16-466<br><br>Related Case No. 1:11CR00186-01S |

CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT
AND INSTRUCTIONS TO DEFENDANT

You are hereby notified that your non-exempt disposable earnings are being taken by the United States of America which has a Court Judgment in the United States District Court for the District of Rhode Island in the sum of $46,330,277.61, which represents the monetary imposition that you were ordered to pay on December 16, 2013, (Case Number: 1:11CR00186-01S). As of August 18, 2016, a balance of $46,324,671.92 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the government. Attached is a "Notice to Defendant on How to Claim Exemptions" and "Claim for Exemption Form" summarizing the major exemptions.

If you are Joseph Caramadre, you have a right to ask the Court to return your property to you, if you think you do not owe the money that the government says you do, or if you believe the property that the government is taking is exempt. To do so, you must request a hearing

within twenty (20) days after receipt of the notice.

A "Request for Hearing Form" is included. The original completed form should be delivered to the Clerk at the United States District Court for the District of Rhode Island at One Exchange Terrace, Providence, Rhode Island 02903. You must also send a copy of the request to the United States Attorney for the District of Rhode Island, Attention: Mary Rogers, Assistant United States Attorney, at 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

Upon receipt of the request, the Court will schedule a hearing within ten (10) days or as soon after as is practicable. The Court will notify all parties of the date, time, and place of the hearing.

The hearing provides you with an opportunity to explain to the judge why you think you do not owe the money, or why you feel the property is exempt.

If the government does not receive a Notice of Request for Hearing within the twenty (20) day period, it will ask the Court to order the garnishment of your property to partially liquidate the debt.

If you think you live outside the federal judicial district in which the Court is located, you may request that this garnishment proceeding be transferred by the Court to the Federal judicial district in which you reside. Such request must be made no later than twenty (20) days after you receive this notice. You must make your request in writing, and deliver to the Clerk at the United States District Court for the District of Rhode Island at One Exchange Terrace, Providence, Rhode Island 02903. You must also send a copy of your request to the United States Attorney for the District of Rhode Island, Attention: Mary Rogers, Assistant United States Attorney, at 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

This notice should be retained for your own records. Any questions about your rights or

about this procedure, should be referred to your attorney, an office of public legal assistance, or the Clerk of the Court. The Clerk is prohibited by law from providing legal advice, but may refer you to other sources of information.

                DAVID A. DiMARZIO

                CLERK, UNITED STATES DISTRICT COURT

by _____
        DEPUTY CLERK