UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) **CA 16 - 466 S** |
| v. | ) Case No.: |
| JOSEPH CARAMADRE,<br>Defendant, | )<br>) Related Case No. 1:11CR00186-01S |
| and | ) |
| MIDLAND NATIONAL LIFE<br>INSURANCE COMPANY,<br>Garnishee. | )<br>) |

## REQUEST FOR HEARING FORM

I hereby request a hearing in this post-judgment garnishment proceeding, because.

[ ]   I think that the property the government is taking is exempt.

[ ]   The non-exempt earnings statement is incorrectly filled out.

[ ]   I do not owe the money to the government as it contends that I do.

[ ]   Other: _____

_____


Dated: _____   Signature: _____
                                        Defendant

                         Printed Name: _____

                         Address: _____

                                  _____

                         Daytime Telephone: (____)_____

Deliver the original Request for Hearing Form to the Clerk of Court, at:

Clerk of Court, United States District Court
District of Rhode Island
United States Courthouse
One Exchange Terrace
Providence, Rhode Island 02903


Send a copy of the Request for Hearing Form to:

United States Attorney for the District of Rhode Island
Attention: Mary Rogers
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903


And to:
    Midland National Life Insurance Company
    One Sammons Plaza
    Sioux Falls, SD  57193