UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| JOSEPH CARAMADRE,<br>    Defendant, | )<br>)<br>) | Case No: 16-466-S |
| and | )<br>)<br>) | (Related Case No. 1:11CR00186-01S) |
| MIDLAND NATIONAL LIFE<br>INSURANCE COMPANY,<br>    Garnishee. | )<br>) | |

CERTIFICATION OF SERVICE
OF DOCUMENTS ON DEFENDANT

    The United States of America hereby certifies that a copy of the Application for Writ of Garnishment; Writ of Garnishment; Government's Notice of Post-Judgment Garnishment and Instructions to Defendant; Clerk's Notice of Post-Judgment Garnishment and Instructions to the Defendant Request for Hearing Form; Notice to Defendant on How to Claim Exemptions; and Claim for Exemption Form with a Request for Hearing Form were sent to the defendant by first-class mail August 23, 2016 the last known address of the Defendant.

    The United States of America also certifies service of the writ was made upon the Garnishee August 22, 2016 with Instructions to the Garnishee, Answer of the Garnishee Form, and a List of Exemptions attached thereto.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

PETER F. NERONHA
United States Attorney

/s/ Mary Rogers
MARY ROGERS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email:  mary.rogers@usdoj.gov