UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2016 AUG 29 A 11: 42
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH CARAMADRE, )<br>    Defendant, )<br>)<br>and )<br>)<br>MIDLAND NATIONAL LIFE )<br>INSURANCE COMPANY, )<br>    Garnishee. )  | Case No:<br><br>(Related Case No. 1:11CR00186-01S) |

ANSWER OF THE GARNISHEE

I, **John Robbins**, (Affiant), BEING DULY SWORN DEPOSES AND SAYS:

That I am the (state official title) **AVP Life & Variable Svs.** of Garnishee, a corporation, organized under the laws of the State of **Iowa**.

On **Aug. 22**, 2016, Garnishee was served with the Writ of Garnishment.

The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| Description of Property Including Account Number | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| a. 1700537811 | $ 3,084.69 | Policy Owner |
| b. 1700572877 | $ 3,714.75 | Policy Owner |
| c. 1700605698 | $ 372.96 | Policy Owner |
| d. 1700711324 | $ 1,137.61 | Policy Owner |

Garnishee anticipates owing to the Defendant in the future, the following amounts:

| Description of Property Including Account Number | Approximate Value | Estimate date or Period Due |
|---|---|---|
| a. n/a | $ | |
| b. | $ | |

The Garnishee has the following objections, defenses, or setoffs to the government's right to apply the Garnishee's indebtedness to the Defendant upon the government's claim:

The Garnishee does not have in its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action for the following reason(s):

n/a

In addition to filing the original Answer with the Clerk of United States District Court at One Exchange Terrace, Providence, Rhode Island 02903, the Garnishee has mailed a copy of this Answer by first-class mail to (1) the Defendant, Joseph Caramadre, Register #08549-070, FMC Devens, 42 Patton Road, P.O. Box 879, Ayer, Massachusetts 01432, and (2) the United States Attorney for the District of Rhode Island, Attention: Mary Rogers, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903..

_____
Garnishee

Subscribed and sworn to before me this 25th day of Aug. 2016.

Nancy Redenius
Notary Public
(Seal)

My Commission expires: 10/20/18

2