**Nancy A. Redenius**
*Paralegal*

One Sammons Plaza
Sioux Falls, SD  57193

Phone: (605) 373-2426
FAX: (605) 373-8555
Email:nredenius@sfgmembers.com

August 25, 2016

Clerk of United States District Court
One Exchange Terrace
Providence, RI  02903

RE:     <u>USA v. Caramadre</u> / Midland National Life – Garnishee

Dear Clerk:

Enclosed is a copy of Midland National's Answer related to the above-referenced case.

Per the Court's instruction, we have mailed a copy of our Answer by first-class mail to Joseph Caramadre and Mary Rogers, United States Attorney for the District of Rhode Island.

If you have any questions, please contact me.

Sincerely,

*Nancy Redenius*

Nancy A. Redenius
Paralegal

Enclosures

cc:     Joseph Caramadre
        Register #08549-070, FMC Devens
        42 Patton Road
        Ayer, MA  01432

        Mary Rogers
        Assistant US Attorney
        50 Kennedy Plaza, 8th Floor
        Providence, RI  02903